Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:    (215) 717-3473
Email:        adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:    (215) 717-3473
Email:        jt.morris@thefire.org
Email:        zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:    (415) 460-5060
Email:        dloy@firstamendmentcoalition.org
Email:        dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
* Pro hac vice *application pending*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH, | Civil Case No. 3:24-cv-08343-TSH |
| Plaintiffs, | **DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF: MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW, SUPPORTING DECLARATION OF ADAM STEINBAUGH AND SUPPORTING EXHIBITS 2–5 AND 7–9** |
| v. | |
| DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California, | |
| Defendants. | |

Under 28 U.S.C. § 1746 and pursuant to Civil L.R. 7-11(a), I, ADAM STEINBAUGH, declare as follows:

1.    I am over the age of 18. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, could do so competently under oath.

2.    I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action.

3.    On November 22, 2024, I sent an email to the Office of the California Attorney General's Public Inquiry Unit at piu@doj.ca.gov, and an email to David Chiu, City Attorney of the City of San Francisco, at cityattorney@sfcityatty.org.

4.    In the emails, I summarized the issues in this case and requested the Defendants' stipulation to Plaintiffs' administrative motion to file provisionally under seal portions of their motion for preliminary injunction, supporting memorandum of law, supporting declaration of Adam Steinbaugh, and supporting exhibits.

5.    I requested a response by Monday, November 25, 2024, at 2:00 p.m., Pacific Standard Time.

6.    As of the filing of this Declaration, I have not received a response from the Office of the Attorney General via email or any other form of communication.

7.    At 12:00 p.m. Pacific Standard Time today, I received a response from Tara Steeley, Deputy City Attorney for the City of San Francisco. Ms. Steeley indicated that the City does not object to filing portions of the preliminary injunction motion under seal and asked for a proposed stipulation.

8.    At 3:18 p.m. Pacific Standard Time today, I sent Ms. Steeley a draft stipulation. I received a bounce-back response indicating that Ms. Steeley is out of the office through December 2, 2024.

//

//

//

//

DECLARATION OF ADAM STEINBAUGH

1        9.    I have not yet heard back from Ms. Steeley as to the proposed stipulation.

2        I declare under penalty of perjury under the laws of the United States of America

3    that the foregoing is true and correct and that this declaration was executed in

4    Philadelphia, Pennsylvania, on November 25, 2024.

5

6                                                        /s/ Adam Steinbaugh

7                                                        Adam Steinbaugh

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 3 —

DECLARATION OF ADAM STEINBAUGH