1  Adam Steinbaugh, Cal Bar No. 304829
   FOUNDATION FOR INDIVIDUAL RIGHTS
2    AND EXPRESSION
   510 Walnut Street, Suite 900
3  Philadelphia, PA 19106
   Telephone:   (215) 717-3473
4  Email:       adam@thefire.org

5  JT Morris, Tex. Bar No. 24094444*
6  Zachary T. Silver, D.C. Bar No. 1742271*
   FOUNDATION FOR INDIVIDUAL RIGHTS
7    AND EXPRESSION
   700 Pennsylvania Ave., SE; Ste. 340
8  Washington, D.C. 20003
   Telephone:   (215) 717-3473
9  Email:       jt.morris@thefire.org
10 Email:       zach.silver@thefire.org

11 David Loy, Cal. Bar No. 229235
   David Snyder, Cal. Bar No. 262001
12 FIRST AMENDMENT COALITION
13 534 4th Street, Suite B
   San Rafael, CA 94901-3334
14 Telephone:   (415) 460-5060
   Email:       dloy@firstamendmentcoalition.org
15 Email:       dsnyder@firstamendmentcoalition.org

16 *Attorneys for Plaintiffs*
17 * Pro hac vice *application pending*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Civil Case No. No. 3:24-cv-08343<br><br>**[PROPOSED] ORDER GRANTING PLANTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF: MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW, DECLARATION OF ADAM STEINBAUGH AND EXHIBITS 2–5 AND 7–9**<br><br>Hon. Thomas S. Hixson |

Having fully considered Plaintiffs' Administrative Motion to File Provisionally Under Seal, the Court finds that compelling reasons exist to temporarily overcome the presumption of access to judicial records and documents.

The Court GRANTS the Motion and hereby **ORDERS** that the portions of Plaintiffs' Motion for Preliminary Injunction and Supporting Memorandum of Law, portions of the Supporting Declaration of Adam Steinbaugh, and portions of Supporting Exhibits 2–5 and 7–9, identified in the table of redactions in Exhibit A, having been filed provisionally under seal, shall remain under seal for ten days.

If any party files a statement and/or declaration as described in Local Civil Rule 79-5(c) within ten days, the portions will remain sealed until further Order of this Court. If Plaintiffs wish to file a response, they must do so no later than four days after a party files a statement and/or declaration. Responses may not exceed five pages absent leave of the Court.

A failure to file a statement or declaration within ten days may result in the unsealing of the provisionally sealed portions without further notice.

**SO ORDERED.**

Signed this _____ day of _____, 2024

_____
THOMAS S. HIXSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL