# Public.Records (CAT)

| | |
|---|---|
| **From:** | Cabrera, Alicia (CAT) |
| **Sent:** | Monday, September 23, 2024 3:51 PM |
| **To:** | 'Sutton, Jim' |
| **Subject:** | RE: Setting up a time to talk |

Yes, call the phone number listed below.



**Alicia Cabrera**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4673 *While I am working remotely, the best way to reach me is by e-mail.*
Pronouns: she/her/ella
Email: alicia.cabrera@sfcityatty.org
www.sfcityattorney.org
Find us on: **Facebook** **Twitter** **Instagram**
The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

**From:** Sutton, Jim <jsutton@rutan.com>
**Sent:** Monday, September 23, 2024 3:05 PM
**To:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Subject:** RE: Setting up a time to talk

I'll call you at 5pm. Should I use the office line in your email signature?

**Jim Sutton**

150 Post Street, Suite 405 | San Francisco, CA 94108
O. (415) 732-7700 | D. (415) 732-4501 | M. (█████████)

jsutton@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Sent:** Monday, September 23, 2024 1:54 PM
**To:** Sutton, Jim <jsutton@rutan.com>
**Subject:** RE: Setting up a time to talk

Hi Jim,
I am available to meet at 5 p.m. Although to be clear, I am not requesting a meeting. I simply used the email tread we previously used to communicate. But, I am happy to meet.
Thanks,
Alicia



**Alicia Cabrera**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4673 *While I am working remotely, the best way to reach me is by e-mail.*
Pronouns: she/her/ella
Email: alicia.cabrera@sfcityatty.org
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram
The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

**From:** Sutton, Jim <jsutton@rutan.com>
**Sent:** Monday, September 23, 2024 1:50 PM
**To:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Subject:** RE: Setting up a time to talk

Would 3pm or 5pm today work for you?

**Jim Sutton**

150 Post Street, Suite 405 | San Francisco, CA 94108
O. (415) 732-7700 | D. (415) 732-4501 | M. [redacted]

jsutton@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Sent:** Monday, September 23, 2024 1:20 PM
**To:** Sutton, Jim <jsutton@rutan.com>
**Subject:** RE: Setting up a time to talk

Hi Jim,
I want to follow up on our conversation. Attached is the letter we sent to Substack.
Best,
Alicia



**Alicia Cabrera**
Deputy City Attorney
Office of City Attorney David Chiu
(415) 554-4673 *While I am working remotely, the best way to reach me is by e-mail.*
Pronouns: she/her/ella
Email: alicia.cabrera@sfcityatty.org
www.sfcityattorney.org
Find us on: Facebook Twitter Instagram
The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

**From:** Sutton, Jim <jsutton@rutan.com>
**Sent:** Friday, September 6, 2024 9:21 AM

**To:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Subject:** RE: Setting up a time to talk

Monday!

**Jim Sutton**

150 Post Street, Suite 405 | San Francisco, CA 94108
O. (415) 732-7700 | D. (415) 732-4501

jsutton@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Sent:** Friday, September 6, 2024 9:13 AM
**To:** Sutton, Jim <jsutton@rutan.com>
**Subject:** RE: Setting up a time to talk

You wrote Friday below but I am sure you meant Monday. Have a great weekend as well.
Alicia Cabrera
Deputy City Attorney
Office of the San Francisco City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
Pronouns: she/her/ella
Tel: (415) 554-4673*While I am working remotely, the best way to reach me is by e-mail.
Email:  alicia.cabrera@sfcityatty.org
The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

**From:** Sutton, Jim <jsutton@rutan.com>
**Sent:** Friday, September 6, 2024 9:12 AM
**To:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Subject:** RE: Setting up a time to talk

415/732-4501
Talk to you at 2:30pm on Friday, and have a nice weekend.

**Jim Sutton**

150 Post Street, Suite 405 | San Francisco, CA 94108
O. (415) 732-7700 | D. (415) 732-4501

jsutton@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the

intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Sent:** Friday, September 6, 2024 8:24 AM
**To:** Sutton, Jim <jsutton@rutan.com>
**Subject:** RE: Setting up a time to talk

Good Morning,

Jenn Choi, Jim Hannawalt, and I are available to talk on Monday at 2:30. What phone number would you like us to call?

Thanks,

Alicia

Alicia Cabrera
Deputy City Attorney
Office of the San Francisco City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
Pronouns: she/her/ella
Tel: (415) 554-4673*_While I am working remotely, the best way to reach me is by e-mail._
Email: alicia.cabrera@sfcityatty.org

The information in this email is confidential and may be protected by the attorney/client privilege and/or the attorney work product doctrine. If you are not the intended recipient of this email or received this email inadvertently, please notify the sender and delete it.

**From:** Sutton, Jim <jsutton@rutan.com>
**Sent:** Thursday, September 5, 2024 2:27 PM
**To:** Cabrera, Alicia (CAT) <Alicia.Cabrera@sfcityatty.org>
**Subject:** Setting up a time to talk

I could talk tomorrow (Friday) morning, or pretty much any time on Monday. Let me know what works for you.

Tx.

**Jim Sutton**

150 Post Street, Suite 405 | San Francisco, CA 94108
O. (415) 732-7700 | D. (415) 732-4501

jsutton@rutan.com | www.rutan.com



_____
Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.