Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:   (215) 717-3473
Email:          adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:   (215) 717-3473
Email:          jt.morris@thefire.org
Email:          zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:   (415) 460-5060
Email:          dloy@firstamendmentcoalition.org
Email:          dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
* Pro hac vice *application pending*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　　Defendants. | Civil Case No. 3:24-cv-08343-TSH<br><br>**[PROPOSED] ORDER GRANTING PLANTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Thomas S. Hixson<br><br>Date:  January 2, 2025<br>Time: 10:00 A.M.<br>Dept.: Courtroom E – 15th Floor |

[PROPOSED] ORDER ON MOTION FOR PRELIMINARY INJUNCTION

Having fully considered Plaintiffs' Motion for a Preliminary Injunction, the parties' arguments, and the evidence, the Court finds that Plaintiffs have demonstrated good cause for the Court to issue a preliminary injunction, as Plaintiffs have shown both a substantial likelihood of success on the merits and that they will suffer irreparable harm under California Penal Code § 851.92(c) absent preliminary injunctive relief. The Court also finds that the balance of the equities favors Plaintiffs and that the public interest will be served by this Order.

The Court hereby **ORDERS** that:

1. Defendants, and all their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, are enjoined from enforcing or taking steps to enforce California Penal Code § 851.92(c) as applied to Plaintiffs' speech;

2. Defendants, and all their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, are enjoined from enforcing or taking steps to enforce California Penal Code § 851.92(c) against the dissemination of any lawfully obtained information about a sealed arrest record; and

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs are not required to post a bond for this injunction.

**SO ORDERED.**

Signed this _____ day of _____, _____

_____
THOMAS S. HIXSON
UNITED STATES DISTRICT JUDGE