Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:   (215) 717-3473
Email:       adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:   (215) 717-3473
Email:       jt.morris@thefire.org
Email:       zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:   (415) 460-5060
Email:       dloy@firstamendmentcoalition.org
Email:       dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
\* Pro hac vice *application forthcoming*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Civil Case No. 3:24-cv-08343-TSH<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Thomas S. Hixon |

CERTIFICATE OF SERVICE

# **CERTIFICATE OF SERVICE**

Pursuant to Civil L.R. 5-5, I hereby certify that on November 25, 2024, I authorized the electronic filing, using the CM/ECF system, of the following documents in Case No. 3:24-cv-08343-TSH:

1. [FILED UNDER SEAL] PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

2. [PUBLIC — REDACTED] PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

3. [FILED UNDER SEAL] DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

4. [REDACTED — PUBLIC] DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

5. DECLARATION OF EUGENE VOLOKH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

6. DECLARATION OF VIRGINIA LAROE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

7. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

8. PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF: MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW, DECLARATION OF ADAM STEINBAUGH AND EXHIBITS 2–5 AND 7–9

9. DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF: MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW, DECLARATION OF ADAM STEINBAUGH AND EXHIBITS 2–5 AND 7–9

10. [PROPOSED] ORDER GRANTING PLANTIFFS' ADMINISTRATIVE MOTION TO FILE PROVISIONALLY UNDER SEAL PORTIONS OF: MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MEMORANDUM OF LAW, DECLARATION OF ADAM STEINBAUGH AND EXHIBITS 2–5 AND 7–9

11. RULE 7.1 DISCLOSURE STATEMENT

- 2 -

## 12. CERTIFICATE OF SERVICE RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I hereby certify that on November 25, 2024, I caused to be mailed by U.S. Mail, these documents via the United States Postal Service to the following:

> David Chiu, San Francisco City Attorney
> Office of the City Attorney of San Francisco
> Attn: Tara M. Steeley
> City Hall, Room 234
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, CA 94102
>
> Rob Bonta, Attorney General of California
> Office of the Attorney General of California
> 1300 "I" Street
> Sacramento, CA 95814

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 25, 2024.

DATED: November 25, 2024                    Respectfully submitted,

                                            By: /s/ Adam Steinbaugh
                                                Adam Steinbaugh