DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6762 (Murphy)
Facsimile:     (415) 554-4699
E-mail:        kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
DAVID CHIU, in his official capacity as City Attorney
of the City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Case No. 24-cv-08343-RFL<br><br>**DECLARATION OF KAITLYN MURPHY IN SUPPORT OF DEFENDANT CITY ATTORNEY DAVID CHIU'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Trial Date:     None set. |

I, Kaitlyn Murphy, declare as follows:

1. I am a Deputy City Attorney for the City and County of San Francisco assigned to represent Defendant David Chiu, City Attorney for the City and County of San Francisco, sued in his official capacity. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein. This declaration is filed in support of San Francisco's Administrative Motion to Seal Information contained in Plaintiffs' Motion for a Preliminary Injunction.

2. I have reviewed Plaintiffs' Motion for a Preliminary Injunction (ECF No. 11), including the sealed documents Plaintiffs' submitted in support of the motion. The chart below includes descriptions of the portions of those filings San Francisco seeks to seal in order to preserve the status quo, along with the basis for each sealing request. Where Plaintiffs' briefing lands in between two line numbers, San Francisco identifies the line number above the text.

3. The City's sealing requests primarily concern the following three categories of information covered by California Penal Code section 851.92: (1) the name of the CEO whose arrest is at the core of this litigation; (2) the name of the company for which this individual was the CEO; and (3) links to articles that disclose details of the sealed Incident Report.

4. Where Plaintiffs' filings have provisionally sealed information that the City does not seek to seal here, I have indicated those below as well.

5. San Francisco seeks to seal the following to preserve the status quo:

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
| 11-3 (Motion) | i:5 between "shared" and sealed"<br>i:6 between "which" and "attempts"<br>iv:19: first two words<br>1:22 between "on" and "prominent"<br>1:24: first word<br>2:2 final word<br>2:3 first word<br>2:8 between "officials" and "efforts"<br>3:13: between "CEO" and "a"<br>3:17: between "like" and "had"<br>3:20: last word<br>3: fn. 4: first two words<br>4:2: between "to" and "transformation" | Contains the name of the CEO whose arrest records are at issue. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
| | 4:4 between "shares" and "sealed" and between "which" and "attempts"<br>4:5: first word<br>4:8: between "of" and "security"<br>4:9 between "clearance" and "must"<br>4:11: between "that" and "had"<br>5:3: between "5" and "alleges"<br>5:10: last word<br>5:12: first word<br>5:13: between "6" and "alleged"<br>5:17: first word<br>5:22: between "about" and "sending"<br>6:3: second word<br>6:5: third word<br>6:10: last word<br>6:12: between "Mr" and "id"<br>6:19: between" to" and "campaign"<br>7:7: between "11" and "recent"<br>7:13: first word<br>7:15: first word<br>7:16: between "discussing" and "campaign"<br>9:27: first word<br>10:1: between "of" and "lawsuit"<br>13:17: between "about" and "sealed"<br>13:22: between "Indeed" and "own"<br>14:3: between "information" and "wants"<br>14:9: between "public" and "arrest"<br>14:11: last word<br>14:14: between "by" and "and"<br>14:15: between "including" and "lawsuit"<br>15:11: first word<br>15:11 last word<br>15:13: between "of" and "lawsuit"<br>15:14: first word<br>15:20: between "while" and "can"<br>18:5: between "about" and "apparent" | |
| | iv:10: between "tau" and "mobile"<br>iv:13: between "Poulson" and "data"<br>iv:13: between "App" and "is"<br>iv:17: between "app" and "battles"<br>iv:19: third word<br>3:10: first two words<br>3:12: second to last word<br>3:16: between "and" and "stepped"<br>3:20: first word<br>3: fn. 4: third word, between "Ukraine" and "Feb.," and between "blog" and "response"<br>4:3: first two words<br>4:5: third word<br>4:7: between "covered" and 'acknowledgement"<br>4: fn. 5 between "app" and "battles", between "Tau" and "Mobile", between "card" and | Contains the name of the company for which the CEO worked. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
|  | "mobile", between "app" and "is", and between "app" and "getting"<br>4: fn. 8: between "Poulson" and "confirms" and "p/" and "confirms"<br>5:11: third word |  |
| 11-3 (Motion) | i:4 words between "from" and "draws" | City does not seek to seal this information. |
| 11-3 (Motion) | iv: 8-19 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 1:23 first two words | City does not seek to seal this information. |
| 11-3 (Motion) | 1:24 second word through "the" | This portion of the filing describes the basis of the arrest at issue in the Incident Report. |
| 11-3 (Motion) | 3:9 between "from" and "draws" | City does not seek to seal this information. |
| 11-3 (Motion) | 3:10: from "app" through end of the line | City does not seek to seal this information. |
| 11-3 (Motion) | 3:11: first word through 3:12: fourth word | City does not seek to seal this information. |
| 11-3 (Motion) | 3:13: last five words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:14: first three words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:14: last ten words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:15: first six words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:16: between first word and "and" | City does not seek to seal this information. |
| 11-3 (Motion) | 3:16: last three words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:17: first three words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:18: first four words | City does not seek to seal this information. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
| 11-3 (Motion) | 3:19: last three words | City does not seek to seal this information. |
| 11-3 (Motion) | 3:20: from second word to second to last word | City does not seek to seal this information. |
| 11-3 (Motion) | 3: fn. 2 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 3: fn. 4 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 4:1: between "journalist" and "recent" | City does not seek to seal this information. |
| 11-3 (Motion) | 4:2: between "and" and "dedicated" | City does not seek to seal this information. |
| 11-3 (Motion) | 4:3: last three words | City does not seek to seal this information. |
| 11-3 (Motion) | 4:6: last two words | City does not seek to seal this information. |
| 11-3 (Motion) | 4:8: first seven words | City does not seek to seal this information. |
| 11-3 (Motion) | 4:10: last word | City does not seek to seal this information. |
| 11-3 (Motion) | 4:11: first word | City does not seek to seal this information. |
| 11-3 (Motion) | 4:11: between "been" and end | Describes the content of the sealed Incident Report. |
| 11-3 (Motion) | 4:12: full line | Describes the content of the sealed Incident Report. |
| 11-3 (Motion) | 4: fn.5 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 4: fn. 6 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
| 11-3 (Motion) | 4: fn. 8 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 4: fn. 10 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-3 (Motion) | 5:11: first two words | City does not seek to seal this information. |
| 11-3 (Motion) | 5: fn: 11 | This portion of the brief cites to news articles covering the CEO, company, and/or Incident Report at issue in this case. |
| 11-5 (Steinbaugh Decl.) | 2:20 between "for" and "to" <br> 3:10 between "of" and "in" | Contains the name of the CEO whose sealed Incident Report is at issue. |
| 11-5 (Steinbaugh Decl.) | 3:10: last three words | City does not seek to seal this information. |
| 11-5 (Steinbaugh Decl.) | 3:11: first three words | Contains the name of the company for which the CEO worked. |
| 11-5 (Steinbaugh Decl.) | 3:12: between "on" and "Santa" | City does not seek to seal this information. |
| 11-5 (Steinbaugh Decl.) | 3:13: between "No" and "is" | City does not seek to seal this information. |
| 11-8 (Ex. 2 to the Steinbaugh Decl.) | Page 1, Second line between "Number" and "Incident" | This contains the SFPD Number assigned to the Incident Report in question. |
| 11-10 (Ex. 3 to Steinbaugh Decl.) | Page 1, Fourth Attachment to the 9/26/2024 11:22AM email between the words "re" and "Jack"; <br> Page 2, "To" line of the 9/25/2024 5:27PM email <br> Page 3; "From" line of the 9/24/2024 10:02 AM email; <br> Page 3, signature line of the 9/24/2024 10:02 AM email | Contains the name of the CEO whose sealed Incident Report is at issue. |
| 11-10 (Ex. 3 to Steinbaugh Decl.) | Page 3 second line of the first paragraph in the 9/24/2024 10:02 am email between "which" and "Despite" | City does not seek to seal this information. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
| 11-12 (Ex. 4 to Steinbaugh Decl.) | Second word in the first paragraph | This contains the SFPD Number assigned to the Incident Report in question. |
| 11-12 (Ex. 4 to Steinbaugh Decl.) | Footnote 1 | This links to several articles by Jack Poulson that either describe or link (and make available for download) the SFPD Incident Report in question. |
| 11-14 (Ex. 5 to Steinbaugh Decl.) | Last word of the second line in the first paragraph | This contains the SFPD Number assigned to the Incident Report in question. |
| 11-17 (Ex. 7 to Steinbaugh Decl.) | Subject line of each email and the last word of the second paragraph in the 10/4/2024 9:56 AM email. | Contains the name of the CEO whose sealed Incident Report is at issue. |
| 11-19 (Ex. 8 to Steinbaugh Decl.) | 2:1: in its entirety | A link to the website where public can find the article that discloses the sealed Incident Report and where the sealed Incident Report is available for download. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | Caption page (unnumbered) containing case number and date and time of filing | City does not seek to seal this information. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | Caption Page (unnumbered) lines 17-18 | City does not seek to seal this information. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | Caption page (unnumbered) lines 9-10, 13-14, 16-17;<br>1:2: last three words<br>1:3: first word<br>1:3 last three words<br>1:7: first word<br>1:9: first word<br>1:10 second to last word<br>1:12 between "is" and "understanding"<br>1:14 between "of" and "military"<br>1:16: second word<br>1:18 first word<br>1:18 last word<br>1:20 between "information" and "is"<br>1:23: second word<br>1:24: second to last word<br>1:25 between "is" and "understanding"<br>2:2: first word<br>2:2: between "if" and "is"<br>2:5 first word<br>2:6 between "the" and "app" | City does not seek to seal this information. |

| ECF No. | Page and Line Number | Basis for Sealing Request |
|---|---|---|
|  | 2:8 between "concerns" and "maintains"<br>2:10 between "services" and "is"<br>2:11 between "which" and "provides"<br>2:12 between "or" and "competitors"<br>2:14: last word |  |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | Caption page (unnumbered) lines 15-16; first word of footer on every page;<br>1:1 between "I" and "declare"<br>2:18-19 | City does not seek to seal this information. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | 1:4: first two words | City does not seek to seal this information. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | 1:4: between "No." and "the" | City does not seek to seal this information. |
| 11-21 (Ex. 9 to Steinbaugh Decl.) | 2:17: Date | City does not seek to seal this information. |

6.  I have also reviewed a copy of the SFPD Incident Report at issue as it was published on, and remains available for download from, a journalist's Substack page. That copy of the Incident Report incudes some redactions for the name, email address, phone number, and partial home address of the victim, but does not redact all of the victim's identifying information. For example, the Incident Report includes the street on which the victim lives, their age, year of birth, race, sex, height, weight, hair color, and eye color. It also includes the name of the arrestee and a narrative section, which includes a description of the relationship between the arrestee and the victim. Therefore, the context of the unsealed portion of the Incident Report narrow the pool of potential victims considerably.

7.  San Francisco's request is narrowly tailored as it seeks to seal only the portion of the Plaintiffs' Motion and supporting evidence that includes information which is either contained in the underlying Incident Report, or from which a person could infer the content of the underlying Incident Report.

8.  San Francisco does not seek to seal any documents submitted in support of Plaintiffs' Motion for a Preliminary Injunction in their entirety.

/ / /

/ / /

/ / /

9. San Francisco does not ask the Court to impose every redaction Plaintiffs' included with their Motion for a Preliminary Injunction. For example, San Francisco does not seek to seal any portions of Exhibit 9 to the Steinbaugh Declaration (ECF No. 11-21).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed December 2, 2024, at San Francisco, California.

*/s/ Kaitlyn Murphy*
KAITLYN MURPHY