DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-6762 (Murphy)
Facsimile:    (415) 554-4699
E-mail:       kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
DAVID CHIU, in his official capacity as City Attorney
of the City and County of San Francisco
[Erroneously referred to as "City Attorney for San Francisco"]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>  Defendants. | Case No. 24-cv-08343-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY ATTORNEY DAVID CHIU'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Trial Date:         None set. |

1

**[PROPOSED] ORDER**

2   The Court, having fully considered the papers and arguments presented by the parties, hereby

3   grants the Administrative Motion to File Under Seal filed by Defendant David Chiu, City Attorney for

4   the City and County of San Francisco. The following documents will remain sealed, as follows:

| ECF No. | Page and Line Number | ORDER |
|---|---|---|
| 11-3 (Motion) | i:5 between "shared" and sealed" <br> i:6 between "which" and "attempts" <br> iv:19: first two words <br> 1:22 between "on" and "prominent" <br> 1:24: first word <br> 2:2 final word <br> 2:3 first word <br> 2:8 between "officials" and "efforts" <br> 3:13: between "CEO" and "a" <br> 3:17: between "like" and "had" <br> 3:20: last word <br> 3: fn. 4: first two words <br> 4:2: between "to" and "transformation" <br> 4:4 between "shares" and "sealed" and between "which" and "attempts" <br> 4:5: first word <br> 4:8: between "of" and "security" <br> 4:9 between "clearance" and "must" <br> 4:11: between "that" and "had" <br> 5:3: between "5" and "alleges" <br> 5:10: last word <br> 5:12: first word <br> 5:13: between "6" and "alleged" <br> 5:17: first word <br> 5:22: between "about" and "sending" <br> 6:3: second word <br> 6:5: third word <br> 6:10: last word <br> 6:12: between "Mr" and "id" <br> 6:19: between" to" and "campaign" <br> 7:7: between "11" and "recent" <br> 7:13: first word <br> 7:15: first word <br> 7:16: between "discussing" and "campaign" <br> 9:27: first word <br> 10:1: between "of" and "lawsuit" <br> 13:17: between "about" and "sealed" <br> 13:22: between "Indeed" and "own" <br> 14:3: between "information" and "wants" <br> 14:9: between "public" and "arrest" <br> 14:11: last word <br> 14:14: between "by" and "and" <br> 14:15: between "including" and "lawsuit" <br> 15:11: first word | |

| ECF No. | Page and Line Number | ORDER |
|---|---|---|
| | 15:11 last word<br>15:13: between "of" and "lawsuit"<br>15:14: first word<br>15:20: between "while" and "can"<br>18:5: between "about" and "apparent" | |
| | iv:10: between "tau" and "mobile"<br>iv:13: between "Poulson" and "data"<br>iv:13: between "App" and "is"<br>iv:17: between "app" and "battles"<br>iv:19: third word<br>3:10: first two words<br>3:12: second to last word<br>3:16: between "and" and "stepped"<br>3:20: first word<br>3: fn. 4: third word, between "Ukraine" and "Feb.," and between "blog" and "response"<br>4:3: first two words<br>4:5: third word<br>4:7: between "covered" and 'acknowledgement"<br>4: fn. 5 between "app" and "battles", between "Tau" and "Mobile", between "card" and "mobile", between "app" and "is", and between "app" and "getting"<br>4: fn. 8: between "Poulson" and "confirms" and "p/" and "confirms"<br>5:11: third word | |
| 11-3 (Motion) | iv: 8-19 | |
| 11-3 (Motion) | 1:24 second word through "the" | |
| 11-3 (Motion) | 3: fn. 2 | |
| 11-3 (Motion) | 3: fn. 4 | |
| 11-3 (Motion) | 4:11: between "been" and end" | |
| 11-3 (Motion) | 4:12: full line | |
| 11-3 (Motion) | 4: fn.5 | |
| 11-3 (Motion) | 4: fn. 6 | |
| 11-3 (Motion) | 4: fn. 8 | |
| 11-3 (Motion) | 4: fn. 10 | |
| 11-3 (Motion) | 5: fn: 11 | |
| 11-5 (Steinbaugh Decl.) | 2:20 between "for" and "to"<br>3:10 between "of" and "in" | |

| ECF No. | Page and Line Number | ORDER |
|---|---|---|
| 11-5 (Steinbaugh Decl.) | 3:11: first three words | |
| 11-8 (Ex. 2 to the Steinbaugh Decl.) | Page 1, Second line between "Number" and "Incident" | |
| 11-10 (Ex. 3 to Steinbaugh Decl.) | Page 1, Fourth Attachment to the 9/26/2024 11:22AM email between the words "re" and "Jack"; Page 2, "To" line of the 9/25/2024 5:27PM email Page 3; "From" line of the 9/24/2024 10:02 AM email; Page 3, signature line of the 9/24/2024 10:02 AM email | |
| 11-12 (Ex. 4 to Steinbaugh Decl.) | Second word in the first paragraph | |
| 11-12 (Ex. 4 to Steinbaugh Decl.) | Footnote 1 | |
| 11-14 (Ex. 5 to Steinbaugh Decl.) | Last word of the second line in the first paragraph | |
| 11-17 (Ex. 7 to Steinbaugh Decl.) | Subject line of each email and the last word of the second paragraph in the 10/4/2024 9:56 AM email. | |
| 11-19 (Ex. 8 to Steinbaugh Decl.) | 2:1: In its entirety | |

IT IS SO ORDERED.

DATE:_____    _____
                                    The Honorable Judge Rita Faye Lin
                                    UNITED STATES DISTRICT COURT