Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:   (215) 717-3473
Email:       adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:   (215) 717-3473
Email:       jt.morris@thefire.org
Email:       zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:   (415) 460-5060
Email:       dloy@firstamendmentcoalition.org
Email:       dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
* *Admitted pro hac vice.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>            Defendants. | Civil Case No. 24-cv-08343-RFL<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

STATEMENT OF RECENT DECISION

Under Civil Local Rule 7-3(d)(2), Plaintiffs First Amendment Coalition, Virginia LaRoe, and Eugene Volokh submit this Statement of Recent Decision to bring to the Court's attention the decision issued by the United States Court of Appeals for the Ninth Circuit in *Matsumoto v. Labrador*, ___F.4th ___, No. 23-3787, 2024 WL 4927266, 2024 U.S. App. LEXIS 30342 (9th Cir. Dec. 2, 2024).

In *Matsumoto*, a panel of the Ninth Circuit affirmed in part the district court's order preliminarily enjoining an Idaho statute on the plaintiffs' pre-enforcement First Amendment challenge. *Matsumoto* considers the elements of standing (including injury-in-fact, traceability, and redressability) in a pre-enforcement First Amendment challenge brought against Idaho's Attorney General. *Matsumoto* also conducts a First Amendment overbreadth analysis.

A true and correct copy of that decision is attached as Exhibit A. The decision was issued on December 2, 2024, after Plaintiffs filed their Motion for a Preliminary Injunction (ECF No. 11-3.)

DATED: December 6, 2024

Respectfully submitted,

By: /s/ Adam Steinbaugh

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Tel:       (415) 460-5060
Email:    dloy@firstamendmentcoalition.org
Email: dsnyder@firstamendmentcoalition.org

Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL
   RIGHTS & EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel:       (215) 717-3473
Cell:      (562) 686-6990
Fax:       (215) 717-3440
Email:    adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL
   RIGHTS & EXPRESSION
700 Pennsylvania Ave., SE, Suite 340
Washington, D.C. 20003
Tel:       (215) 717-3473
Fax:       (215) 717-3440
Email:    jt.morris@thefire.org
Email:    zach.silver@thefire.org

Attorneys for Plaintiffs

FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH

\* *Admitted pro hac vice.*