1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  SHIWON CHOE
   Deputy Attorney General
4  State Bar No. 320041
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4400
6   Fax:  (415) 703-5480
    E-mail:  Shiwon.Choe@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official*
   *capacity as Attorney General of California*
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13

14  **FIRST AMENDMENT COALITION, et al.,**      Case No. 3:24-cv-08343-RFL

15                              Plaintiffs,

                                              **STIPULATION AND [PROPOSED]**
16              v.                            **ORDER TO EXTEND TIME FOR**
                                              **DEFENDANTS TO RESPOND TO**
17  **DAVID CHIU, et al.,**                   **COMPLAINT AND SETTING BRIEFING**
                                              **SCHEDULE FOR PLAINTIFFS'**
18                              Defendants.   **MOTION FOR A PRELIMINARY**
                                              **INJUNCTION**

Pursuant to Civil Local Rule 6-1 and 7-12, the Parties, through their counsel of record, enter into the following stipulation.

### STIPULATION

WHEREAS, Plaintiffs filed their Complaint on November 22, 2024 (Dkt. No. 1);

WHEREAS, Plaintiffs returned summonses showing that Defendants were served with the Complaint on November 25, 2024 (Dkt. Nos. 18-19);

WHEREAS, Plaintiffs filed a Motion for a Preliminary Injunction on November 25, 2024 (Dkt. No. 11-3);

WHEREAS, the Parties anticipate that the legal questions at issue in the preliminary injunction will overlap with arguments that Defendants would make in any motion to dismiss the Complaint;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that:

1. The time for Defendants to respond to Plaintiffs' Complaint is extended to 21 days after this Court issues an Order adjudicating Plaintiffs' motion for preliminary injunction.

2. Defendants shall file any opposition to the Motion for a Preliminary Injunction by Monday, December 16, 2024, and Plaintiffs shall file any reply in support of the Motion for a Preliminary Injunction by December 23, 2024.

Dated:  December 6, 2024                    Respectfully submitted,

                                            FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

                                            *s/Adam Steinbaugh**
                                            ADAM STEINBAUGH
                                            *Attorneys for Plaintiffs*

|  |  |
|---|---|
| 1 | DAVID CHIU |
|  | City Attorney |
| 2 | YVONNE R. MERÉ |
|  | TARA M. STEELEY |
| 3 | Deputy City Attorneys |

*s/Kaitlin Murphy*\*
KAITLIN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

### [PROPOSED] ORDER

Pursuant to stipulation, it is so ordered.

Dated:  December ___, 2024

_____
THE HON. RITA F. LIN
*United States District Judge*