1  Adam Steinbaugh, Cal. Bar No. 304829
   FOUNDATION FOR INDIVIDUAL RIGHTS
2    AND EXPRESSION
   510 Walnut Street, Suite 900
3  Philadelphia, PA 19106
   Telephone:   (215) 717-3473
4  Email:       adam@thefire.org

5
   JT Morris, Tex. Bar No. 24094444*
6  Zachary T. Silver, D.C. Bar No. 1742271*
   FOUNDATION FOR INDIVIDUAL RIGHTS
7    AND EXPRESSION
   700 Pennsylvania Ave., SE; Ste. 340
8  Washington, D.C. 20003
   Telephone:   (215) 717-3473
9  Email:       jt.morris@thefire.org
   Email:       zach.silver@thefire.org
10

11
   David Loy, Cal. Bar No. 229235
12 David Snyder, Cal. Bar No. 262001
   FIRST AMENDMENT COALITION
13 534 4th Street, Suite B
   San Rafael, CA 94901-3334
14 Telephone:   (415) 460-5060
   Email:       dloy@firstamendmentcoalition.org
15 Email:       dsnyder@firstamendmentcoalition.org

16
   *Attorneys for Plaintiffs*
17 * *Admitted pro hac vice.*

18

19 **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
20 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | Civil Case No. 24-cv-08343-RFL<br><br>**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   January 14, 2025<br>Time:  10:00 a.m.<br>Dept.: Courtroom 15, 18th Floor |

**TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:**

Under Fed. R. Civ. P. 65 and Civ. L.R. 7-1, Plaintiffs FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH have moved for a preliminary injunction. The motion will be heard at the date and time above or as soon as the Court may hear it.

This amended notice is filed pursuant to the Court's Order (ECF No. 20). Plaintiffs' motion is based on the Notice of Motion and Motion for Preliminary Injunction (ECF No. 11-3), the Declaration of Adam Steinbaugh and the exhibits thereto (ECF Nos. 11-5, 11-7, 11-8, 11-10, 11-12, 11-14, 11-16, 11-17, 11-19, 11-21, 11-23, 11-24), the Declaration of Virginia LaRoe (ECF No. 11-25), the Declaration of Eugene Volokh (ECF No. 11-26), the Statement of Recent Decision (ECF No. 24 & 24-1), and all other files, papers, or argument as may be properly presented to the Court at or before the hearing on the motion.

Plaintiffs ask this Court to issue a preliminary injunction prohibiting Defendants David Chiu and Rob Bonta, in their official capacities, from enforcing California Penal Code section 851.92(c), which prohibits any person from "disseminat[ing] information relating to a sealed arrest," including information lawfully obtained from public sources. Each violation is subject to a civil penalty of up to $2,500.

There is good cause to grant the motion. In recent weeks, the San Francisco City Attorney has repeatedly threatened to enforce the provision against those who publish or discuss the contents of a sealed incident report documenting the arrest of a high-profile tech CEO—a report the CEO claims the San Francisco Police Department made public by releasing it in response to a public records request. Plaintiffs—a First Amendment advocacy group, its advocacy director, and a legal commentator—want to engage in protected expression barred by the statute, including public advocacy and publication of articles concerning efforts by the CEO and government officials to suppress the publication of information about his arrest.

The statute is a content-based restriction on speech, failing strict scrutiny because it is not narrowly tailored to advance a compelling government interest. The statute obligates the public—including journalists, commentators, victims of crime, and witnesses—to keep the government's

1  secrets. The First Amendment forbids that result, and the Court should enjoin Defendants from
2  enforcing the provision.
3
4  DATED: December 6, 2024                              Respectfully submitted,
5
                                                        By: /s/ Adam Steinbaugh
6  David Loy, Cal. Bar No. 229235                          Adam Steinbaugh, Cal. Bar No. 304829
   David Snyder, Cal. Bar No. 262001                       FOUNDATION FOR INDIVIDUAL
7  FIRST AMENDMENT COALITION                                  RIGHTS & EXPRESSION
   534 4th Street, Suite B                                 510 Walnut Street, Suite 900
8  San Rafael, CA 94901-3334                               Philadelphia, PA 19106
   Tel:       (415) 460-5060                               Tel:    (215) 717-3473
9  Email:    dloy@firstamendmentcoalition.org              Cell:   (562) 686-6990
   Email: dsnyder@firstamendmentcoalition.org              Fax:    (215) 717-3440
10                                                         Email:  adam@thefire.org
11
                                                           JT Morris, Tex. Bar No. 24094444*
12                                                         Zachary T. Silver, D.C. Bar No. 1742271*
                                                           FOUNDATION FOR INDIVIDUAL
13                                                            RIGHTS & EXPRESSION
14                                                         700 Pennsylvania Ave., SE, Suite 340
                                                           Washington, D.C. 20003
15                                                         Tel:    (215) 717-3473
                                                           Fax:    (215) 717-3440
16                                                         Email:  jt.morris@thefire.org
                                                           Email:  zach.silver@thefire.org
17
18                                                         Attorneys for Plaintiffs
                                                           FIRST AMENDMENT COALITION,
19                                                         VIRGINIA LAROE, and EUGENE
                                                           VOLOKH
20
21                                                         * *Admitted pro hac vice.*
22
23
24
25
26
27
28

---— 2 —---
AMENDED NOTICE OF MOTION FOR PRELIMINARY INJUNCTION