Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:    (215) 717-3473
Email:        adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:    (215) 717-3473
Email:        jt.morris@thefire.org
Email:        zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:    (415) 460-5060
Email:        dloy@firstamendmentcoalition.org
Email:        dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
* Pro hac vice *application pending*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendants. | **REDACTED — PUBLIC**<br><br>Civil Case No. 3:24-cv-08343-TSH<br><br>**DECLARATION OF ADAM STEINBAUGH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, ADAM STEINBAUGH, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, could do so competently under oath.

2. I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action. The sole purpose of this declaration is to offer documentary evidence in support of Plaintiffs' motion for a preliminary injunction.

3. On November 8, 2024, I sent a request under the California Public Records Act to the Office of the City Attorney of San Francisco.

4. On November 12, 2024, the Office of the City Attorney of San Francisco produced records in response to my November 8 request. These records include Exhibits 1, 3–5, and 7–8.

5. A true and correct copy of email correspondence between Deputy City Attorney Alicia Cabrera and attorney Jim Sutton, dated September 5, 6, and 23, 2024, is attached as **Exhibit 1**.

6. A true and correct copy of a letter dated September 19, 2024, from Deputy City Attorney Jennifer Choi to Substack, Inc., as publicly filed on November 11, 2024, as Exhibit D to the Declaration of John Doe in *Doe v. Substack, Inc.*, San Francisco Superior Court Case No. CGC-24-618681, is attached as **Exhibit 2**.

7. A true and correct copy of an email dated September 26, 2024, from David Marek, attorney for [redacted] to Deputy City Attorney Jennifer Choi is attached as **Exhibit 3**.

8. A true and correct copy of a letter dated October 3, 2024, from Deputy City Attorney Jennifer Choi to Joshua C. Stokes, attorney for Jack Poulson, is attached as **Exhibit 4**.

9. A true and correct copy of a letter dated October 3, 2024, from Deputy City Attorney Jennifer Choi to Joshua A. Baskin, attorney for Substack, Inc., is attached as **Exhibit 5**.

10. A true and correct copy of the Complaint publicly filed on October 3, 2024, in *Doe v. Substack, Inc.*, San Francisco Superior Court Case No. CGC-24-618681, is attached as **Exhibit 6**.

11. A true and correct copy of an email dated October 4, 2024, from David Marek to Deputy City Attorney Jennifer Choi is attached as **Exhibit 7**.

12. A true and correct copy of the Declaration of Jack Poulson in Support of Defendants Jack Poulson's and Tech Inquiry's Opposition to Plaintiff's Motion for Temporary Restraining Order, publicly filed on November 13, 2024, in *Doe v. Substack, Inc.*, San Francisco Superior Court Case No. CGC-24-618681, is attached as **Exhibit 8**.

13. A true and correct copy of the declaration of ▮▮▮▮▮▮ in Support of ▮▮▮▮▮▮ Motion for Protective Order Li▮▮▮▮osition Topic #11, publicly filed on August 28, 2023, in *Premise Data Corp. v. Pompe*, Santa Clara County Superior Court Case No. 19-CV-346678, is attached as **Exhibit 9**.

14. A true and correct copy of the April 17, 2017, Senate Judiciary Committee analysis of Senate Bill 393, as downloaded from the California State Senate website, is attached as **Exhibit 10**.

15. A true and correct copy of Senate Bill 393 as introduced is attached as **Exhibit 11**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Philadelphia, Pennsylvania, on November 25, 2024.

_____
Adam Steinbaugh