CITY AND COUNTY OF SAN FRANCISCO



DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

JENNIFER CHOI
Deputy City Attorney

Direct Dial:   (415) 554-3887
Email:         jennifer.choi@sfcityatty.org

September 19, 2024

**Via U. S. Mail and Electronic Mail**

Substack
111 Sutter Street, 7th Flr.
San Francisco, CA 94104
"tos@substackinc.com"

     Re:    Notice of Publication of Sealed Document

Dear Substack:

    It has come to our office's attention that San Francisco Police Department incident report number ▮▮▮▮▮▮▮ ("Incident Report") as well as its contents have been published in multiple postings on your website.[1] The Incident Report was previously sealed by court order. A copy of the court order sealing the report is attached.

    Pursuant to California Penal Code section 851.92(c) and your own "Acceptable Use Policy," we expect that you will immediately remove the Incident Report and its contents from your website and ensure that the index to postings no longer allows for the Incident Report to be viewed or downloaded. Please alert us when the documents and its contents have been taken down from your website by no later than September 23, 2024. Finally, please refrain from publishing this material in the future.

    If you would like to discuss further, please let us know. Thank you.

Very truly yours,

DAVID CHIU
City Attorney

*[signature]*

JENNIFER E. CHOI
Deputy City Attorney

Encl.

---

[redacted]