**From:**      David Marek
**To:**        Choi, Jennifer (CAT)
**Subject:**   Re: Substack Matter
**Date:**      Thursday, September 26, 2024 11:22:16 AM
**Attachments:**  letter from Wilson Sonini 9-23-2024.pdf
                Letter from Paulson attorney 9-25-2024.pdf
                Response to Paulson Attorney 9-26-2024.pdf
                2024_09_16_Take Down Demand Letter re ██████████ Jack Paulson.pdf

Jennifer
Thank you for speaking.  Attached is (i) the response from Substack via Wilson Sonsini; (ii)
our letter to Paulson; (iii) the response from Paulson's lawyer, Josh Stokes, and (iv) my
response to Mr. Stokes.

Best,
David


On Thu, Sep 26, 2024 at 10:33 AM David Marek <david@marekfirm.com> wrote:

> Jennifer
> I can talk any time until 11:30.  Please call me at 917-721-5042
>
> I will send the substack correspondence shortly.   I will also send the letter we got from Jack
> Paulson's attorney.
>
> Thank you
> David
>
> David Marek
> The Marek Law Firm
> (650) 460-7148
> (917) 721-5042
> California • New York • Florida
>
>
>> On Sep 26, 2024, at 10:27 AM, Choi, Jennifer (CAT)
>> <Jennifer.Choi@sfcityatty.org> wrote:
>>
>>
>>
>> Hi David,
>>
>> I am happy to discuss.  Do you mind sending the letter you sent to Substack and
>> their response to your letter?
>>
>>
>> I have availability before 11:30 today, if you would like to give me a call at the
>> number below.

 **Jennifer E. Choi**

Chief Trial Deputy, Trial Team

Office of San Francisco City Attorney David Chiu

(415) 554-3887 Direct

www.sfcityattorney.org

Find us on: Facebook Twitter Instagram

**From:** David Marek <david@marekfirm.com>
**Sent:** Wednesday, September 25, 2024 5:30 PM
**To:** Choi, Jennifer (CAT) <Jennifer.Choi@sfcityatty.org>
**Subject:** Fwd: Substack Matter

Jennifer

My email was bounced back, so I am trying again.

David

---------- Forwarded message ---------
From: **David Marek** <david@marekfirm.com>
Date: Wed, Sep 25, 2024 at 5:27 PM
Subject: Re: Substack Matter
███████████████████████████████████
Cc: Sutton, Jim <jsutton@rutan.com>, jennifer.choi@sfcityalty.org
<jennifer.choi@sfcityalty.org>

Jennifer

I am just following up on this.  Is there a time we schedule to discuss these issues?

David

On Tue, Sep 24, 2024 at 12:10 PM David Marek <david@marekfirm.com> wrote:

> Jennifer
>
> Nice to meet you.  Please let me know if there is a convenient time to connect.
>
> David
>
>> On Tue, Sep 24, 2024 at 10:02 AM ███████████ ██████████████████████ wrote:
>>
>>> Jennifer,
>>>
>>> Thank you for your continued efforts in notifying Substack about the court-ordered sealing of my incident, which occurred nearly three years ago. Despite this clear legal directive, the document remains unlawfully hosted on both Substack's platform and their hosting provider, Amazon Web Services (AWS). David Marek (cc'd) recently sent another letter on my behalf to Substack, as well as other relevant parties.
>>>
>>> Substack's legal representative has now responded, though disappointingly, they continue to assert that they are under no obligation to adhere to the court order. As you know, this is factually incorrect. I have attached their response for your reference.
>>>
>>> Notably, their letter completely fails to acknowledge the existence of the court-ordered seal, which is the core issue here. Instead, they rely on generalized arguments about Section 230 protections, without any recognition of the specific legal obligations imposed by the court order.
>>>
>>> If you don't mind, I would appreciate it if you could speak with Jim and David about this situation.
>>>
>>> Best,
>>>
>>> ██████

--

David Marek

The Marek Law Firm

o 650-460-7148

c 917-721-5042

California New York Florida

--

David Marek

The Marek Law Firm

o 650-460-7148

c 917-721-5042

California New York Florida

--

David Marek

The Marek Law Firm

o 650-460-7148

c 917-721-5042

California New York Florida

--
David Marek
The Marek Law Firm
o 650-460-7148
c 917-721-5042
California New York Florida