**From:** David Marek
**To:** Choi, Jennifer (CAT)
**Subject:** 
**Date:** Friday, October 4, 2024 10:27:51 AM

Thank you. It is very much appreciated.

On Fri, Oct 4, 2024 at 10:26 AM Choi, Jennifer (CAT) <Jennifer.Choi@sfcityatty.org> wrote:

> David,
>
> Attached are letters that the City sent to counsel for Substack and Poulson yesterday.
>
> 
> **Jennifer E. Choi**
> Chief Trial Deputy, Trial Team
> Office of San Francisco City Attorney David Chiu
>
> (415) 554-3887 Direct
>
> www.sfcityattorney.org
>
> Find us on: Facebook Twitter Instagram
>
> **From:** David Marek <david@marekfirm.com>
> **Sent:** Friday, October 4, 2024 9:56 AM
> **To:** Choi, Jennifer (CAT) <Jennifer.Choi@sfcityatty.org>
> **Subject:** 
>
> Jennifer
>
> I wanted to notify you that yesterday we filed suit against Substack, AWS, and Poulson. We sought both damages and injunctive relief. Attached for your records is a copy of the complaint that was filed.
>
> We continue to hope that your office will continue to help us in our efforts to enforce these various laws designed to protect Mr.
>
> Thank you

David

---------- Forwarded message ---------
From: **David Marek** <david@marekfirm.com>
Date: Thu, Oct 3, 2024 at 12:55 PM
Subject: ███████████
To: <david.chiu@sfcityatty.org>
Cc: Choi, Jennifer (CAT) <Jennifer.choi@sfcityatty.org>

Mr. Chiu

Please see the attached correspondence.

Best,

David

--

David Marek

The Marek Law Firm

228 Hamilton Avenue

Palo Alto, California 94301

o 650-460-7148

c 917-721-5042

California New York Florida

--

David Marek

The Marek Law Firm

o 650-460-7148

c 917-721-5042

California New York Florida

--
David Marek
The Marek Law Firm
o 650-460-7148
c 917-721-5042
California New York Florida