T. Phan

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 8/28/2023 5:35 PM
Reviewed By: T. Phan
Case #19CV346678
Envelope: 12875214**

GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
ERIN M. ADRIAN, ESQ. (SBN: 228718)
(ema@grellas.com)
SETH K. KUGLER (SBN 304668)
(skugler@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff PREMISE DATA
CORPORATION, a Delaware Corporation

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| PREMISE DATA CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>ALEX POMPE, an individual, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 19-CV-346678<br>(consolidated with Case No.: 21-CV-385478)<br><br>**DECLARATION OF MAURY BLACKMAN IN SUPPORT OF PREMISE DATA CORPORATION'S MOTION FOR PROTECTIVE ORDER LIMITING PMQ DEPOSITION TOPIC #11** |

BLACKMAN DECLARATION ISO MOTION FOR PROTECTIVE ORDER LIMITING PMQ TOPIC #11

I, Maury Blackman, declare as follows:

1. I am the Chief Executive Officer of Premise Data Corporation ("Premise"). Premise is the plaintiff in the above-captioned consolidated action *Premise Data Corporation v. Alex Pompe*, Santa Clara Superior Court Case No. 19CV346678 (the "Consolidated Action"). I have personal knowledge of the facts stated herein. If called upon as a witness, I could and would testify competently to the following facts.

2. Premise has clients in the military and intelligence sectors, which represent a portion of its overall client base.

3. Premise's engagement agreements with clients in the military and intelligence sectors contain strict confidentiality provisions which expressly prohibit Premise from disclosing the engagement, including the identity of the client and the nature of the work contemplated by the agreement. It is Premise's understanding, based on communications with these military and intelligence clients, that confidentiality of these engagements is critical because many of Premise's military and intelligence clients and projects deal with sensitive and highly-confidential information relating to national security.

4. Key Premise personnel, including myself, hold security clearance with the United States Department of Defense and a number of military and intelligence clients require Premise personnel to maintain a security clearance for the exchange of information. Premise itself holds a Facility Security Clearance (FCL), which allows it to perform contracts involving access to classified information. Premise is required to maintain certain internal security controls, including only discussing classified information within closed meetings of cleared personnel, in order to maintain the FCL.

5. If Premise is unable to maintain the confidentiality of the identities of these military and intelligence clients in this civil litigation, this would cause Premise incalculable business harm because it is Premise's understanding that its ability to obtain work from these clients is conditioned on its ability to honor its commitment not to divulge this information under any circumstances.

6. Further, given that these secrecy and confidentiality requirements under which Premise offers services to these clients are to safeguard national security, if Premise is required by this Court to divulge such information, it could compromise national security.

7. Moreover, should this information be disclosed, it could directly endanger Premise's contributors around the world, who may be wrongly perceived as working for military or intelligence clients simply by virtue of having the Premise app on their phones.

8. As a final point, beyond its confidentiality obligation to these clients and the national security concerns, Premise maintains the identity of these clients and the work done for them as a closely-guarded trade secret. That these particular clients have a need for the data services Premise is providing and the exact scope of these services, as well as the manner in which Premise provides services and meets the needs of these customers, is information that derives its value from not being known to the public or Premise's competitors because this information can be used to validate non-public market or customer needs and aid competitors in competing against Premise.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at San Francisco, California, on August 24, 2023.

Maury Blackman