Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut St., Suite 900
Philadelphia, PA 19106
Telephone:     (215) 717-3473
Email:         adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE, Suite 340
Washington, D.C. 20003
Telephone:     (215) 717-3473
Email:         jt.morris@thefire.org
Email:         zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th St., Suite B
San Rafael, CA 94901-3334
Telephone:     (415) 460-5060
Email:         dloy@firstamendmentcoalition.org
Email:         dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
* *Admitted pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>  Plaintiffs,<br><br> v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>  Defendants. | Civil Case No. 3:24-cv-08343-RFL<br><br>**DECLARATION OF ADAM STEINBAUGH IN OPPOSITION TO DEFENDANT CITY ATTORNEY DAVID CHIU'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND RELATED DOCUMENTS (ECF NOS. 11-3 THROUGH 11-21)** |

Under 28 U.S.C. § 1746 and Civil L.R. 7-11(b), I, ADAM STEINBAUGH, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could do so competently under oath.

2. I am an attorney with the Foundation for Individual Rights and Expression, counsel for Plaintiffs in this action.

3. On November 8, 2024, I sent a request under the California Public Records Act ("CPRA") to the Office of the City Attorney of San Francisco.

4. My November 8, 2024, CPRA request sought public records produced to other persons in response to CPRA requests referencing the tech executive.

5. On November 12, 2024, the Office of the City Attorney of San Francisco produced records in response to my November 8 request. These records include Exhibits 1, 3–5, and 7 to my Declaration in Support of Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 11-5 [sealed declaration], 11-6 [redacted declaration], 11-7 [Ex. 1], 11-10 [Ex. 3 sealed], 11-11 [Ex. 3 redacted], 11-12 [Ex. 4 sealed], 11-13 [Ex. 4 redacted], 11-14 [Ex. 5 sealed], 11-15 [Ex. 5 redacted], 11-17 [Ex. 7 sealed] 11-18 [Ex. 7 redacted].)

6. The records the Office of the City Attorney of San Francisco produced to me on November 12, 2024, indicate that on October 15, 2024, the Office of the City Attorney sent these same records to a journalist in response to a CPRA request.

7. Today, I checked the docket for *Doe v. Substack, Inc.*, San Francisco Superior Court Case No. CGC-24-618681.

8. The *Substack* docket shows that the documents submitted as sealed Exhibits 2 and 8 to my November 25, 2024, declaration remain available to the public.

9. Sealed Exhibit 2 was submitted in the *Substack* case as Exhibit D to the November 12, 2024, Declaration of John Doe in Support of Application for Order to Show Cause and Temporary Restraining Order.

10. Sealed Exhibit 8 is the November 13, 2024, Declaration of Jack Poulson in Support of Defendants Jack Poulson's and Tech Inquiry's Opposition to Plaintiff's Motion for Temporary Restraining Order, filed in the *Substack* case.

11. The *Substack* docket does not reflect any motion or order to seal the documents submitted as sealed Exhibit 2 and sealed Exhibit 8.

12. My November 25, 2024, declaration contains a scrivener's error, inadvertently stating that sealed Exhibit 8 (a November 13, 2024, filing in the San Francisco Superior Court) was among the records produced by the City Attorney on November 12, 2024, in response to my CPRA request. I obtained sealed Exhibit 8 from the public docket of the *Substack* case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Charlotte, North Carolina, on December 11, 2024.

/s/ Adam Steinbaugh
Adam Steinbaugh