Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Shiwon Choe
Deputy Attorney General
State Bar No. 320041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID CHIU, et al.,**<br><br>Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PRELIMINARY INJUNCTION AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Date/Time: January 14, 2025 at 10:00 a.m.<br>Location: Courtroom 15, 18th Floor |

Pursuant to Civil Local Rule 6-1 and 7-12, the Parties, through their counsel of record, enter into the following stipulation.

**STIPULATION**

WHEREAS, Plaintiffs filed their Complaint on November 22, 2024 (Dkt. No. 1);

WHEREAS, Plaintiffs filed a Motion for a Preliminary Injunction on November 25, 2024 (Dkt. No. 11-3), and re-noticed the Motion on December 11, 2024 (Dkt. No. 29);

WHEREAS, the Parties agree to resolve the Motion without the time, expense, and uncertainty associated with further litigation of the Motion;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval and order, that:

1. Defendants, and all their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them, are preliminarily enjoined from enforcing California Penal Code § 851.92(c) against the dissemination by any person or entity of (a) information relating to any arrest report that the person or entity reasonably believes was obtained from the government through a public records request; or (b) information that is or has been at any time otherwise made publicly available and relates to any arrest report, including (but not limited to) the arrest report at issue in this case (described in the Complaint (Dkt. No. 1) at ¶¶ 41, 47, 54–56, 63) and the contents thereof.

2. This stipulation resolves, subject to the rights reserved in paragraph (4), Plaintiffs' Motion for a Preliminary Injunction, and the January 14, 2025 hearing on the Motion is taken off calendar.

3. This stipulation is limited to California Penal Code § 851.92(c) and does not affect Defendants' right or ability to enforce any other law or provision.

4. This stipulation is without prejudice to any position that any party may take in the remainder of this case, including without limitation (a) Plaintiffs' seeking preliminary injunctive relief (beyond the scope of the relief the Court orders as a result of this stipulation) or permanent injunctive relief or (b) Defendants' arguing

1

Stip. and [Proposed] Order for Entry of Prelim. Injunction and to Extend Time (No. 3:24-cv-08343-RFL)

that no further preliminary injunctive relief and no permanent injunctive relief are warranted.

5. The time for Defendants to respond to Plaintiffs' Complaint is extended to February 14, 2025.

Dated:  December 16, 2024

Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

*s/Adam Steinbaugh**
ADAM STEINBAUGH
*Attorneys for Plaintiffs*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

2

Stip. and [Proposed] Order for Entry of Prelim. Injunction and to Extend Time (No. 3:24-cv-08343-RFL)

**[PROPOSED] ORDER**

The Court, having reviewed and fully considered the parties' stipulation, ORDERS the preliminary injunction and conditions to which the parties have stipulated.

Dated: December ___, 2024

_____
THE HON. RITA F. LIN
*United States District Judge*

3

Stip. and [Proposed] Order for Entry of Prelim. Injunction and to Extend Time (No. 3:24-cv-08343-RFL)