1  Adam Steinbaugh, Cal. Bar No. 304829
   FOUNDATION FOR INDIVIDUAL RIGHTS
2    AND EXPRESSION
   510 Walnut Street, Suite 900
3  Philadelphia, PA 19106
   Telephone:    (215) 717-3473
4  Email:        adam@thefire.org

5
   JT Morris, Tex. Bar No. 24094444*
6  Zachary T. Silver, D.C. Bar No. 1742271*
   FOUNDATION FOR INDIVIDUAL RIGHTS
7    AND EXPRESSION
   700 Pennsylvania Ave., SE; Ste. 340
8  Washington, D.C. 20003
   Telephone:    (215) 717-3473
9  Email:        jt.morris@thefire.org
   Email:        zach.silver@thefire.org
10

11
   David Loy, Cal. Bar No. 229235
12 David Snyder, Cal. Bar No. 262001
   FIRST AMENDMENT COALITION
13 534 4th Street, Suite B
   San Rafael, CA 94901-3334
14 Telephone:    (415) 460-5060
   Email:        dloy@firstamendmentcoalition.org
15 Email:        dsnyder@firstamendmentcoalition.org

16
   *Attorneys for Plaintiffs*
17 * *Admitted pro hac vice*

18
                   **UNITED STATES DISTRICT COURT**
19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**
20

21 FIRST AMENDMENT COALITION,           Civil Case No. 24-cv-08343-RFL
   VIRGINIA LAROE, and EUGENE
22 VOLOKH,                              **PLAINTIFFS' NOTICE OF**
                                        **WITHDRAWAL OF PLAINTIFFS'**
23                Plaintiffs,           **ADMINISTRATIVE MOTION TO FILE**
                                        **PROVISIONALLY UNDER SEAL**
24      v.                              **PORTIONS OF: MOTION FOR**
                                        **PRELIMINARY INJUNCTION AND**
25 DAVID CHIU, in his official capacity as  **SUPPORTING MEMORANDUM OF LAW,**
   City Attorney of San Francisco; and  **SUPPORTING DECLARATION OF ADAM**
26 ROB BONTA, in his official capacity as  **STEINBAUGH AND SUPPORTING**
   Attorney General of California,      **EXHIBITS 2–5 AND 7–9 (DKT. 11)**
27
                  Defendants.
28

PLEASE TAKE NOTICE that Plaintiffs First Amendment Coalition, Virginia LaRoe, and Eugene Volokh hereby withdraw their administrative motion to file provisionally under seal portions of their motion for a preliminary injunction and the supporting memorandum of law, supporting declaration of Adam Steinbaugh, and supporting Exhibits 2–5 and 7–9 (Dkt. 11.)

Plaintiffs had provisionally filed certain information under to provide an opportunity for Defendants to meet their burden to establish why this information should remain sealed. Plaintiffs' proposal for sealing this information has been superseded by the administrative motion of Defendant David Chiu to seal certain information, which Plaintiffs continue to oppose. (Dkt. 17).

By Order of this Court (Dkt. 20), Plaintiffs have filed redacted versions of their Motion for Preliminary Injunction and supporting documents (Dkt. 29).

Because Plaintiffs' administrative motion to seal has been superseded, Plaintiffs respectfully withdraw their administrative motion to seal and maintain their opposition to Defendant David Chiu's administrative motion to seal.

DATED: December 20, 2024

Respectfully submitted,

By: /s/ Adam Steinbaugh_____

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Tel:       (415) 460-5060
Email:    dloy@firstamendmentcoalition.org
Email:    dsnyder@firstamendmentcoalition.org

Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL
    RIGHTS & EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel:       (215) 717-3473
Cell:      (562) 686-6990
Fax:       (215) 717-3440
Email:    adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL
    RIGHTS & EXPRESSION
700 Pennsylvania Ave., SE, Suite 340
Washington, D.C. 20003
Tel:       (215) 717-3473
Fax:       (215) 717-3440
Email:    jt.morris@thefire.org
Email:    zach.silver@thefire.org

| | |
|---|---|
| 1 | |
| 2 | Attorneys for Plaintiffs<br>FIRST AMENDMENT COALITION,<br>VIRGINIA LAROE, and EUGENE VOLOKH |
| 3 | |
| 4 | * *Admitted pro hac vice.* |

— 2 —
PLFS' NOTICE OF WITHDRAWAL OF ADMIN. MOTION TO SEAL