Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:   (215) 717-3473
Email:   adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
700 Pennsylvania Ave., SE; Ste. 340
Washington, D.C. 20003
Telephone:   (215) 717-3473
Email:   jt.morris@thefire.org
Email:   zach.silver@thefire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:   (415) 460-5060
Email:   dloy@firstamendmentcoalition.org
Email:   dsnyder@firstamendmentcoalition.org

*Attorneys for Plaintiffs*
\* *Admitted pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,<br><br>            Plaintiffs,<br><br>    v.<br><br>DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,<br><br>            Defendants. | Civil Case No. 24-cv-08343-RFL<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION RE: DOE v. SUBSTACK, INC.** |

Under Civil Local Rule 7-3(d)(2), Plaintiffs First Amendment Coalition, Virginia LaRoe, and Eugene Volokh submit this Statement of Recent Decision to bring to the Court's attention a recent decision by the Superior Court of the State of California, County of San Francisco, in *Doe v. Substack, Inc.*, Case No. CGC-24-618681. The recent decision is relevant to Defendant David Chiu's Administrative Motion to Seal Portions of Plaintiffs' Motion for a Preliminary Injunction and Related Documents (the "Motion to Seal") (Dkt. 17).

On December 13, 2024, the San Francisco Superior Court issued an Order Denying Plaintiff John Doe's Motion Seeking Permission for Plaintiff to Proceed Under a Fictitious Name. A true and correct copy of the Order of December 13, 2024, is attached as **Exhibit A** (the "December 13 Order"). On December 18, 2024, the Plaintiff in that action filed an "Amendment to Complaint" replacing references to "John Doe" with his real name.[1]

Plaintiffs submit that this Court's entry of the preliminary injunction enjoining enforcement of California Penal Code section 851.92(c) moots the Motion to Seal, which is largely premised on section 851.92(c)'s prohibition on the public dissemination of information about a sealed arrest record. (*See* Dkt. 17 at 3 [arguing the records should be sealed "the information is entitled to protection under California Penal Code sections 851.91, 851.92, and 832.7(b)(5)"]). However, Defendant Chiu has declined to withdraw his Motion to Seal.

If the Motion to Seal is not mooted by the preliminary injunction, the December 13 Order and subsequent amendment are relevant to it. As a result of Defendant Chiu's proposed redactions, the December 13 Order, and the tech executive's amendment to his complaint, nearly all of the information Defendant Chiu seeks to seal in this action is available on the public dockets of this Court or California state courts, including: (1) the name of the executive (Amendment to Complaint in *Doe v. Substack, Inc.* & Dkt. 29-10); (2) the name of his former company (Dkt. 29-10); (3) the basis of the arrest report (*see* Dkt. 29-7 [Complaint in *Doe v. Substack*] at ¶¶ 30, 140); the number

---

[1] Out of an abundance of caution, as Defendant David Chiu has moved to seal references to the CEO's name in this action, Plaintiffs are not submitting the December 18, 2024, Amendment to Complaint in *Doe v. Substack, Inc.* The Court may obtain this filing from the public docket of the San Francisco Superior Court, located at https://webapps.sftc.org/captcha/captcha.dll?referrer=https://webapps.sftc.org/ci/CaseInfo.dll?. Plaintiffs respectfully request that the Court take judicial notice of the December 13 Order and the Amendment to the Complaint.

on the arrest report (*see* Dkt. 30-1 [Declaration of Adam Steinbaugh] at ¶ 8 & Dkt. 11-8 [Ex. 2 as publicly available on the docket of *Doe v. Substack, Inc.*]); and (5) information about where the arrest report and information relating to the arrest report was published by Jack Poulson (*see* Dkt. 11-20 at ¶ 1 [noting URL of Poulson's online newsletter]). The balance of the information Defendant Chiu seeks to seal consists of news articles available to any person with internet access (Dkt. 17-1 at 4:6–4:8, 5:5–5:9, 5:24–6:6, 6:8–6:10, 7:4–7:6, 7:11–7:14).

DATED: December 20, 2024

Respectfully submitted,

By: /s/ Adam Steinbaugh

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Tel:      (415) 460-5060
Email:   dloy@firstamendmentcoalition.org
Email:   dsnyder@firstamendmentcoalition.org

Adam Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL
   RIGHTS & EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel:      (215) 717-3473
Cell:     (562) 686-6990
Fax:      (215) 717-3440
Email:   adam@thefire.org

JT Morris, Tex. Bar No. 24094444*
Zachary T. Silver, D.C. Bar No. 1742271*
FOUNDATION FOR INDIVIDUAL
   RIGHTS & EXPRESSION
700 Pennsylvania Ave., SE, Suite 340
Washington, D.C. 20003
Tel:      (215) 717-3473
Fax:      (215) 717-3440
Email:   jt.morris@thefire.org
Email:   zach.silver@thefire.org

Attorneys for Plaintiffs
FIRST AMENDMENT COALITION,
VIRGINIA LAROE, and EUGENE
VOLOKH

* *Admitted pro hac vice.*