1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  SHIWON CHOE
   Deputy Attorney General
4  State Bar No. 320041
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4400
6    Fax:  (415) 703-5480
     E-mail:  Shiwon.Choe@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official*
   *capacity as Attorney General of California*
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13
    | **FIRST AMENDMENT COALITION, et al.,** | Case No. 3:24-cv-08343-RFL |
14  |                                         |                            |
    |                    Plaintiffs,          |                            |
15  |                                         | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
    |              v.                         |                            |
16  |                                         |                            |
17  | **DAVID CHIU, et al.,**                 |                            |
    |                                         |                            |
18  |                    Defendants.          |                            |

1 | Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to April 15, 2025.

Dated: January 17, 2025

Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

*s/Adam Steinbaugh**
ADAM STEINBAUGH
*Attorneys for Plaintiffs*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.