CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DAVID CHIU
City Attorney

JENNIFER CHOI
Deputy City Attorney

Direct Dial: (415) 554-3887
Email: jennifer.choi@sfcityatty.org

October 3, 2024

**Via U. S. Mail and Electronic Mail**

Joshua C. Stokes
Berry, Silberberg, & Stokes
11600 Washington Place, Suite 202C
Los Angeles, CA 90066
"jstokes@berrysilberberg.com"

      Re:    Notice of Publication of Sealed Document

Dear Mr. Stokes:

      It has come to our office's attention that San Francisco Police Department incident report number 210844280 ("Incident Report") as well as its contents have been published in multiple postings on Substack by your client Jack Poulson.[1] The Incident Report was previously sealed by court order. A copy of the court order sealing the report is attached.

      Pursuant to California Penal Code section 851.92(c) and Substack's "Acceptable Use Policy," we expect that you will immediately remove the Incident Report and its contents from Substack and ensure that the index to postings no longer allows for the Incident Report to be viewed or downloaded. Please alert us when the documents and its contents have been taken down from your website. Finally, please refrain from publishing this material in the future.

      Thank you.

                                                Very truly yours,

                                                DAVID CHIU
                                                City Attorney

                                                JENNIFER E. CHOI
                                                Deputy City Attorney

Encl.

---

[1] See https://jackpoulson.substack.com/p/the-covert-gig-work-surveillance?utm_source=%2Fsearch%2Fmaury%2520blackman&utm_medium=reader2. See also https://jackpoulson.substack.com/p/fraudulent-dmca-takedown-submitted?utm_source=%2Fsearch%2Fmaury%2520blackman&utm_medium=reader2. See also https://jackpoulson.substack.com/p/ceo-of-gig-work-surveillance-firm?utm_source=%2Fsearch%2Fmaury%2520blackman&utm_medium=reader2. See also https://jackpoulson.substack.com/p/california-based-covert-surveillance?utm_source=%2Fsearch%2Fmaury%2520blackman&utm_medium=reader2.