| | |
|---|---|
| **From:** | David Marek |
| **To:** | Choi, Jennifer (CAT) |
| **Subject:** | Re: Blackman - sealed document |
| **Date:** | Friday, October 4, 2024 10:27:51 AM |

Thank you.  It is very much appreciated.

On Fri, Oct 4, 2024 at 10:26 AM Choi, Jennifer (CAT) <Jennifer.Choi@sfcityatty.org> wrote:

> David,
>
> Attached are letters that the City sent to counsel for Substack and Poulson yesterday.
>
>     **Jennifer E. Choi**
>
>    Chief Trial Deputy, Trial Team
>
>    Office of San Francisco City Attorney David Chiu
>
> (415) 554-3887 Direct
>
> www.sfcityattorney.org
>
> Find us on: Facebook Twitter Instagram
>
>
>
>
> **From:** David Marek <david@marekfirm.com>
> **Sent:** Friday, October 4, 2024 9:56 AM
> **To:** Choi, Jennifer (CAT) <Jennifer.Choi@sfcityatty.org>
> **Subject:** Fwd: Blackman - sealed document
>
>
>
> Jennifer
>
> I wanted to notify you that yesterday we filed suit against Substack, AWS, and Poulson.  We
> sought both damages and injunctive relief.  Attached for your records is a copy of the
> complaint that was filed.
>
>
>
> We continue to hope that your office will continue to help us in our efforts to enforce these
> various laws designed to protect Mr. Blackman.
>
>
>
> Thank you

David

---------- Forwarded message ---------
From: **David Marek** <david@marekfirm.com>
Date: Thu, Oct 3, 2024 at 12:55 PM
Subject: Blackman - sealed document
To: <david.chiu@sfcityatty.org>
Cc: Choi, Jennifer (CAT) <Jennifer.choi@sfcityatty.org>


Mr. Chiu

Please see the attached correspondence.


Best,

David


--

David Marek

The Marek Law Firm

228 Hamilton Avenue

Palo Alto, California 94301

o 650-460-7148

c 917-721-5042

California New York Florida




--

David Marek

The Marek Law Firm

o 650-460-7148

c 917-721-5042

California New York Florida

--
David Marek
The Marek Law Firm
o 650-460-7148
c 917-721-5042
California New York Florida