Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Shiwon Choe
Deputy Attorney General
State Bar No. 320041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**DAVID CHIU, et al.,**<br><br>                        Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby
2  stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to May 15,
3  2025.

5  Dated:  April 10, 2025      Respectfully submitted,

               FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

               *s/Adam Steinbaugh\**
               ADAM STEINBAUGH
               *Attorneys for Plaintiffs*

               DAVID CHIU
               City Attorney
               YVONNE R. MERÉ
               TARA M. STEELEY
               Deputy City Attorneys

               *s/Kaitlyn Murphy\**
               KAITLYN MURPHY
               Deputy City Attorney
               *Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

               ROB BONTA
               Attorney General of California
               ANYA M. BINSACCA
               Supervising Deputy Attorney General

               *s/Shiwon Choe*
               SHIWON CHOE
               Deputy Attorney General
               *Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.