ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE
Deputy Attorney General
State Bar No. 320041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID CHIU, et al.,**<br><br>Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to July 15, 2025.

Dated:  May 12, 2025                              Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

*s/Adam Steinbaugh\**
ADAM STEINBAUGH
*Attorneys for Plaintiffs*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy\**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.