ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE
Deputy Attorney General
State Bar No. 320041
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4400
  Fax:  (415) 703-5480
  E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID CHIU, et al.,**<br><br>Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; STIPULATION AND [PROPOSED] AMENDED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date/Time: October 29, 2025 at 10:00 a.m.<br>Location: Zoom webinar |

1    Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby
2 stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to December
3 3, 2025.
4    Pursuant to Civil Local Rule 6-2(a), the Parties respectfully jointly request that the Court
5 continue the initial case management conference ("CMC") set for October 29, 2025 to December
6 3, 2025 or such date thereafter as is convenient for the Court.  The Parties have been engaged in
7 good-faith settlement negotiations and respectfully request that the Court continue the CMC so
8 that they may continue their negotiations and determine if they can resolve this case without the
9 need for further litigation.  The Parties have previously extended by stipulation the time for
10 Defendants to respond to Plaintiffs' Complaint and by stipulation and order the time to oppose
11 Plaintiffs' Motion for a Preliminary Injunction.  ECF Nos. 26, 28, 33, 34, 37, 41–45.  The
12 requested continuance would not have any effect on the schedule for this case other than the date
13 of the CMC.  For the foregoing reasons, the Parties respectfully jointly request that the Court
14 continue the CMC to December 3, 2025 or such date thereafter as is convenient for the Court.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: October 7, 2025 | Respectfully submitted, |
| 2 | | FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION |
| 3 | | |
| 4 | | *s/Adam Steinbaugh\** <br> ADAM STEINBAUGH <br> *Attorneys for Plaintiffs* |

...

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy\**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General

*s/Shiwon Choe*
Shiwon Choe
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

## [PROPOSED] AMENDED ORDER

The initial case management conference set for October 29, 2025 is hereby continued to December 3, 2025 January 21, 2026 at 10:00 a.m.

Dated: October _8_, 2025

The Hon. Rita F. Lin
*United States District Judge*