1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  SHIWON CHOE
   Deputy Attorney General
4  State Bar No. 320041
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-4400
6   Fax:  (415) 703-5480
    E-mail:  Shiwon.Choe@doj.ca.gov
7  *Attorneys for Defendant Rob Bonta, in his official*
   *capacity as Attorney General of California*
8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13

14  **FIRST AMENDMENT COALITION, et al.,**   Case No. 3:24-cv-08343-RFL

                              Plaintiffs,
15
                                            **STIPULATION TO EXTEND TIME FOR**
         v.                                 **DEFENDANTS TO RESPOND TO**
16                                          **COMPLAINT**

17  **DAVID CHIU, et al.,**

18                            Defendants.

1  Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby
2  stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to January 9,
3  2026.

5  Dated: November 20, 2025                    Respectfully submitted,

6                                              FOUNDATION FOR INDIVIDUAL RIGHTS &
                                                EXPRESSION

8                                              *s/Adam Steinbaugh**
                                                ADAM STEINBAUGH
                                                *Attorneys for Plaintiffs*

11                                             DAVID CHIU
                                                City Attorney
                                                YVONNE R. MERÉ
12                                             TARA M. STEELEY
                                                Deputy City Attorneys

14                                             *s/Kaitlyn Murphy**
                                                KAITLYN MURPHY
                                                Deputy City Attorney
15                                             *Attorneys for Defendant David Chiu, in his
                                                official capacity as City Attorney for the
16                                              City and County of San Francisco*

18                                             ROB BONTA
                                                Attorney General of California
19                                             ANYA M. BINSACCA
                                                Supervising Deputy Attorney General

21                                             *s/Shiwon Choe*
                                                SHIWON CHOE
                                                Deputy Attorney General
22                                             *Attorneys for Defendant Rob Bonta, in his
                                                official capacity as California Attorney
23                                              General*

25  * In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have
    concurred in the filing of this document.