ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE
Deputy Attorney General
State Bar No. 320041
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**DAVID CHIU, et al.,**<br><br>Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date/Time: January 21, 2026 at 10:00 a.m.<br>Location: Zoom webinar |

Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to March 26, 2026.

Pursuant to Civil Local Rule 6-2(a), the Parties respectfully jointly request that the Court continue the initial case management conference ("CMC") set for January 21, 2026 to March 26, 2026 or such date thereafter as is convenient for the Court. The Parties have been engaged in good-faith settlement negotiations and respectfully request that the Court continue the CMC so that they may continue their negotiations and determine if they can resolve this case without the need for further litigation. The Parties have previously extended by stipulations the time for Defendants to respond to Plaintiffs' Complaint, and by stipulation and order once extended the time to oppose Plaintiffs' Motion for a Preliminary Injunction and once extended the time for the initial CMC. ECF Nos. 26, 28, 33, 34, 37, 41–48. The requested continuance would not have any effect on the schedule for this case other than the date of the CMC. For the foregoing reasons, the Parties respectfully jointly request that the Court continue the CMC to March 26, 2026 or such date thereafter as is convenient for the Court.

Dated: December 24, 2025

Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

*s/Adam Steinbaugh**
ADAM STEINBAUGH
*Attorneys for Plaintiffs*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

The initial case management conference set for January 21, 2026 is hereby continued to March 26, 2026 at 10:00 a.m.

Dated: December ___, 2025

______________________________
THE HON. RITA F. LIN
*United States District Judge*