ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE
Deputy Attorney General
State Bar No. 320041
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br>Plaintiffs,<br>**v.**<br>**DAVID CHIU, et al.,**<br>Defendants. | Case No. 3:24-cv-08343-RFL<br>**DECLARATION OF SHIWON CHOE IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to 28 U.S.C. § 1746, I, Shiwon Choe, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and am counsel for Defendant Rob Bonta in his official capacity as Attorney General of California. I am competent to testify to the matters set forth in this declaration and would do so if called upon by the Court.

2. The Parties respectfully jointly request that the Court continue the initial case management conference ("CMC") set for January 21, 2026 to March 26, 2026 or such date thereafter as is convenient for the Court. The Parties have been engaged in good-faith settlement negotiations and respectfully request that the Court continue the CMC so that they may continue their negotiations and determine if they can resolve this case without the need for further litigation.

3. The Parties have previously extended by stipulations the time for Defendants to respond to Plaintiffs' Complaint, and by stipulation and order once extended the time to oppose Plaintiffs' Motion for a Preliminary Injunction and once extended the time for the initial CMC. ECF Nos. 26, 28, 33, 34, 37, 41–48.

4. The requested continuance would not have any effect on the schedule for this case other than the date of the CMC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 24, 2025

*s/Shiwon Choe*
SHIWON CHOE