1    ROB BONTA
     Attorney General of California
2    ANYA M. BINSACCA
     Supervising Deputy Attorney General
3    SHIWON CHOE
     Deputy Attorney General
4    State Bar No. 320041
       455 Golden Gate Avenue, Suite 11000
5      San Francisco, CA  94102-7004
       Telephone:  (415) 510-4400
6      Fax:  (415) 703-5480
       E-mail:  Shiwon.Choe@doj.ca.gov
7    *Attorneys for Defendant Rob Bonta, in his official*
     *capacity as Attorney General of California*
8

9                   IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13
     **FIRST AMENDMENT COALITION, et al.,**    Case No. 3:24-cv-08343-RFL
14
                                  Plaintiffs,
15                                              **STIPULATION TO EXTEND TIME FOR
             v.                                 DEFENDANTS TO RESPOND TO
16                                              COMPLAINT; STIPULATION AND
                                                [PROPOSED] ORDER TO CONTINUE
17   **DAVID CHIU, et al.,**                    INITIAL CASE MANAGEMENT
                                                CONFERENCE**
18                                Defendants.
                                                Date/Time: January 21, 2026 at 10:00 a.m.
19                                              Location: Zoom webinar

20

21

22

23

24

25

26

27

28

1      Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby

2   stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to March 26,

3   2026.

4      Pursuant to Civil Local Rule 6-2(a), the Parties respectfully jointly request that the Court

5   continue the initial case management conference ("CMC") set for January 21, 2026 to March 26,

6   2026 or such date thereafter as is convenient for the Court.  The Parties have been engaged in

7   good-faith settlement negotiations and respectfully request that the Court continue the CMC so

8   that they may continue their negotiations and determine if they can resolve this case without the

9   need for further litigation.  The Parties have previously extended by stipulations the time for

10  Defendants to respond to Plaintiffs' Complaint, and by stipulation and order once extended the

11  time to oppose Plaintiffs' Motion for a Preliminary Injunction and once extended the time for the

12  initial CMC.  ECF Nos. 26, 28, 33, 34, 37, 41–48.  The requested continuance would not have

13  any effect on the schedule for this case other than the date of the CMC.  For the foregoing

14  reasons, the Parties respectfully jointly request that the Court continue the CMC to March 26,

15  2026 or such date thereafter as is convenient for the Court.

16

17  Dated:  December 24, 2025                              Respectfully submitted,

18                                                         FOUNDATION FOR INDIVIDUAL RIGHTS &
                                                           EXPRESSION
19
                                                           *s/Adam Steinbaugh*
20                                                         ADAM STEINBAUGH
                                                           *Attorneys for Plaintiffs*
21

22

23

24

25

26

27

28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/Kaitlyn Murphy\**
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his
official capacity as City Attorney for the
City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/Shiwon Choe*
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his
official capacity as California Attorney
General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

### [~~PROPOSED~~] ORDER

The initial case management conference set for January 21, 2026 is hereby continued to March **25** ~~26~~, 2026 at 10:00 a.m.

Dated:  **January 8, 2026** ~~December ____, 2025~~

THE HON. RITA F. LIN
*United States District Judge*

2