DAVID CHIU, State Bar #189542
City Attorney
YVONNE R. MERÉ, State Bar #173594
Chief Deputy City Attorney
TARA M. STEELEY, State Bar #231775
KAITLYN M. MURPHY, State Bar #293309
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6762 (Murphy)
Facsimile: (415) 554-4699
E-mail: kaitlyn.murphy@sfcityatty.org

Attorneys for Defendant
DAVID CHIU, in his official capacity as City Attorney
of the City and County of San Francisco
[Erroneously referred to as “City Attorney for San Francisco”]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST AMENDMENT COALITION, VIRGINIA LAROE, and EUGENE VOLOKH,

Plaintiffs,

vs.

DAVID CHIU, in his official capacity as City Attorney of San Francisco; and ROB BONTA, in his official capacity as Attorney General of California,

Defendants.

Case No. 24-cv-08343-RFL

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 6-1(a), the Parties, through their counsel of record, hereby stipulate that the time for Defendants to respond to Plaintiffs' Complaint is extended to June 24, 2026.

Pursuant to Civil Local Rule 6-2(a), the Parties respectfully jointly request that the Court continue the initial case management conference ("CMC") set for March 25, 2026 to June 24, 2026 or such date thereafter as is convenient for the Court. The Parties have been engaged in good-faith settlement negotiations and respectfully request that the Court continue the CMC so that they may continue their negotiations and determine if they can resolve this case without the need for further litigation. The Parties have previously extended by stipulations the time for Defendants to respond to Plaintiffs' Complaint, and by stipulation and order once extended the time to oppose Plaintiffs' Motion for a Preliminary Injunction and twice extended the time for the initial CMC. ECF Nos. 26, 28, 33, 34, 37, 41–48, 53. The requested continuance would not have any effect on the schedule for this case other than the date of the CMC. For the foregoing reasons, the Parties respectfully jointly request that the Court continue the CMC to June 24, 2026 or such date thereafter as is convenient for the Court.

Dated: March 13, 2026

Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

*s/ Adam Steinbaugh**
ADAM STEINBAUGH
*Attorney for Plaintiffs*

FIRST AMENDMENT COALITION

*s/ David Loy**
DAVIS LOY
*Attorney for Plaintiffs*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

*s/ Kaitlyn Murphy*
KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*s/ Shiwon Choe**
SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

* *In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

The initial case management conference set for March 25, 2026, is hereby continued to Wednesday June 24, 2026 at 10:00 a.m.

Dated: March ___, 2026

____________________________
THE HON. RITA F. LIN
*United States District Judge*