Adam B. Steinbaugh, Cal. Bar No. 304829
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone:    (215) 717-3473
Email:  adam@fire.org

David Loy, Cal. Bar No. 229235
David Snyder, Cal. Bar No. 262001
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901-3334
Telephone:    (415) 460-5060
Email:  dloy@firstamendmentcoalition.org
Email:  dsnyder@firstamendmentcoalition.org
*Attorneys for Plaintiffs First Amendment
Coalition, Virginia LaRoe, and Eugene Volokh*

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
SHIWON CHOE
Deputy Attorney General
State Bar No. 320041
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-4400
Fax:  (415) 703-5480
E-mail:  Shiwon.Choe@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his
official capacity as Attorney General of
California*

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
TARA M. STEELEY (State Bar No. 231775)
KAITLYN M. MURPHY (State Bar No. 293309)
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone:  (415) 554-6762
Fax:  (415) 554-4699
Email:  kaitlyn.murphy@sfcityatty.org
*Attorneys for Defendant David Chiu, in his
official capacity as City Attorney of the City
and County of San Francisco*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **FIRST AMENDMENT COALITION, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAVID CHIU, et al.,**<br><br>Defendants. | Case No. 3:24-cv-08343-RFL<br><br>**SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** |

Plaintiffs First Amendment Coalition, Virginia LaRoe, and Eugene Volokh ("Plaintiffs") and Defendants David Chiu, in his official capacity as City Attorney for the City and County of San Francisco, and Rob Bonta, in his official capacity as Attorney General of California ("Defendants," and together with Plaintiffs, "Parties") agree and stipulate as follows.

WHEREAS, on November 22, 2024, Plaintiffs filed their Complaint in the above-captioned action ("Action") challenging California Penal Code section 851.92(c) under the First Amendment to the U.S. Constitution and 42 U.S.C. § 1983;

WHEREAS, on November 25, 2024, Plaintiffs filed a Motion for a Preliminary Injunction;

WHEREAS, on December 19, 2024, the Court entered a stipulated Preliminary Injunction;

WHEREAS, Plaintiffs have a likelihood of success on the merits of their challenges to California Penal Code section 851.92(c) based on Plaintiffs' arguments that it prohibits protected speech by members of the public, including journalists, that discloses information those persons lawfully acquired;

WHEREAS, the Parties agree to fully resolve and settle this Action without the time, expense, and uncertainty associated with further litigation;

WHEREAS, this Agreement and Stipulation is limited to California Penal Code section 851.92(c), and nothing in this Agreement and Stipulation should be construed as affecting Defendants' right or ability to enforce any other law or provision;

IT IS THEREFORE AGREED AND STIPULATED THAT:

1. Defendants and their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with them shall not enforce California Penal Code section 851.92(c) against the dissemination by Plaintiffs of: (a) San Francisco Police Department incident report number 210844280 ("Incident Report") or information relating to the Incident Report; or (b) any sealed arrest report or information relating to a sealed arrest obtained in a manner protected under *Landmark Communications, Inc. v. Virginia*, 435 U.S. 829 (1978), *Smith v. Daily Mail Publishing Co.*, 443 U.S. 97 (1979), *Florida Star v. B.J.F.*, 491 U.S. 524 (1989), or *Bartnicki v. Vopper*, 532 U.S. 514 (2001).

2. If California Penal Code section 851.92(c) is repealed or amended, the Parties

1

shall abide by the following process in good faith to determine if they can agree to a stipulation asking the Court to modify or dissolve the obligations imposed on Defendants in paragraph (1) above.

a) If Defendants wish to seek modification or dissolution of said obligations after the effective date of any repeal or amendment of California Penal Code section 851.92(c), Defendants shall provide written notice of their intent to Plaintiffs through Plaintiffs' counsel of record.

b) Within 30 days of receiving said written notice, Plaintiffs shall notify Defendants in writing if they agree to modify or dissolve said obligations. If Plaintiffs agree to such a modification or dissolution, Defendants shall prepare an appropriate stipulation and proposed order that shall be filed with the Court upon Plaintiffs' approval.

c) If Plaintiffs do not agree to such a modification or dissolution, Defendants may file a motion with the Court to modify or dissolve the obligations imposed by paragraph (1) above.

3. Defendants shall severally pay the following amounts to Plaintiffs in full satisfaction of all costs and attorneys' fees incurred in this case: $30,000 (Thirty Thousand and No/100) to be paid by Rob Bonta, in his official capacity as Attorney General of California, and $45,000 (Forty-Five Thousand and No/100) to be paid by the City and County of San Francisco. No interest shall accrue on these amounts. Plaintiffs have been informed and acknowledge that payment of these amounts may take ninety (90) days or more to process from the date that the Court "so orders" this Agreement and Stipulation. With respect to payments made by the City and County of San Francisco, the settlement amount shall be paid directly to Plaintiffs' attorneys Foundation For Individual Rights & Expression and not reported on an IRS Form 1099. Plaintiffs agree to provide the City and County of San Francisco with a completed IRS Form W-9 from Foundation For Individual Rights & Expression on or prior to the date any payments from the City and County of San Francisco are due to be paid under this Agreement.

4. Subject to and in consideration of the provisions in this Agreement and

Stipulation, which represent a full and final settlement of any and all claims that were brought or could have been brought in this Action, including any and all claims for costs, fees, and/or expenses, Plaintiffs hereby dismiss with prejudice their claims against Defendant Rob Bonta, in his official capacity as Attorney General of California, effective immediately. Plaintiffs' claims against Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco, shall be dismissed with prejudice upon approval of this Agreement by the City and County of San Francisco as discussed in paragraph 6 below, at which point this Action shall be dismissed with prejudice in its entirety. If this Agreement is not approved by the City and County of San Francisco, Plaintiffs' claims against Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco, shall not be dismissed, and this Action shall remain pending as to said Defendant, with the Plaintiffs and said Defendant reserving all rights and remedies.

5.      Plaintiffs certify that they have read Section 1542 of the California Civil Code, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiffs hereby waive application of section 1542 of the Civil Code. Plaintiffs understand and acknowledge that, as a consequence of this waiver of section 1542, even if Plaintiffs should eventually suffer additional or further loss, damages or injury arising out of or in any way related to any of the events which gave rise to the Action or any claims therein, Plaintiffs will not be permitted to make any further claims against Defendants to recover for such loss, damages or injury. Plaintiffs acknowledge that they intend these consequences even as to claims for personal injury or property damage that may exist as of the date of this Agreement and Stipulation but which Plaintiffs do not know exist, and which, if known, would materially affect Plaintiffs' decision to execute this Agreement and Stipulation, regardless of whether Plaintiffs' lack of knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

3

6.      As to Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco, this Agreement is subject only to said Defendant obtaining any formal approvals of this Agreement as required by law. The San Francisco City Attorney agrees to recommend approval of this Agreement to any persons or bodies whose approval is required, and to take all necessary steps to submit an ordinance approving this Agreement to the San Francisco Board of Supervisors. Upon formal approval or rejection of this Agreement by the City and County of San Francisco, Defendant Chiu shall notify the parties of such approval or rejection. Nothing in this paragraph 6 limits Plaintiffs' dismissal of this Action with prejudice with respect to Defendant Rob Bonta, in his official capacity as Attorney General of California, which dismissal with prejudice is effective immediately, or the obligations of said Defendant under this Agreement.

7.      The Court shall retain jurisdiction to enforce the terms of this Agreement and Stipulation.

Dated: June 10, 2026                                   Respectfully submitted,

FOUNDATION FOR INDIVIDUAL RIGHTS & EXPRESSION

_____ (with permission)
ADAM STEINBAUGH
*Attorney for Plaintiffs*

Dated: June 9, 2026                                   FIRST AMENDMENT COALITION

_____
DAVID LOY
*Attorney for Plaintiffs*

_____
Dated: June 9, 2026                                   VIRGINIA LAROE
*Individual Plaintiff and Representative of Plaintiff First Amendment Coalition*

_____
Dated: June 10, 2026                                  EUGENE VOLOKH
*Plaintiff*

4

Dated: June 9, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA M. STEELEY
Deputy City Attorneys

KAITLYN MURPHY
Deputy City Attorney
*Attorneys for Defendant David Chiu, in his official capacity as City Attorney for the City and County of San Francisco*

Dated: June __11__, 2026

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

SHIWON CHOE
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

## [PROPOSED] ORDER

Pursuant to agreement and stipulation, it is SO ORDERED.

Dated: _____, 2026

THE HON. RITA F. LIN
*United States District Judge*

5

Settlement Agreement and Stipulation of Dismissal (No. 3:24-cv-08343-RFL)