UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST AMENDMENT COALITION, et al.,

        Plaintiffs,

    v.

DAVID CHIU, et al.,

        Defendants.

Case No. 24-cv-08343-RFL

**JUDGMENT**

Re: Dkt. No. 58

On June 15, 2026, the Court granted Stipulation of Dismissal [58].  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____

RITA F. LIN
United States District Judge

United States District Court
Northern District of California